Certificate Number: 14424-NJ-DE-036219749

Bankruptcy Case Number: 21-19014



14424-NJ-DE-036219749

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2021</u>, at <u>5:34</u> o'clock <u>PM EST</u>, <u>Infinite Sumlin</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>December 22, 2021</u>           By:   <u>/s/Edsie Lim</u>

                                        Name: <u>Edsie Lim</u>

                                        Title: <u>Certified Personal Finance Counselor</u>