| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-19014 / MBK**

Infinite J Sumlin

Petition Filed Date: 11/22/2021
341 Hearing Date: 12/23/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2021 | $465.00 | 81158420 | 12/29/2021 | $465.00 | 81740220 | 01/31/2022 | $465.00 | 82394520 |

**Total Receipts for the Period:** $1,395.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $1,395.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Infinite J Sumlin | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J ABELSON, ESQ | Attorney Fees | $3,430.00 | $0.00 | $3,430.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/196 BLOOMFIELD AVE/1ST MTG | Mortgage Arrears | $238.07 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,485.88 | $0.00 | $0.00 |
| 3 | SYNCHRONY BANK<br>»»  HOME DESIGN-HVAC | Unsecured Creditors | $6,216.35 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $9,089.36 | $0.00 | $0.00 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,535.24 | $0.00 | $0.00 |
| 6 | TOYOTA LEASE TRUST<br>»»  2021 TOYOTA HIGHLANDER/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BJ'S CONSUMER | Unsecured Creditors | $1,014.09 | $0.00 | $0.00 |
| 8 | GREENSKY, LLC. | Unsecured Creditors | $7,849.69 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-19014 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,395.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $465.00 |
| Paid to Trustee: | $117.18 | Arrearages: | $0.00 |
| Funds on Hand: | $1,277.82 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

