Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19014−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Infinite J Sumlin
   196 Bloomfield Avenue
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−1319

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 4, 2022.

Dated: February 4, 2022
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-19014-MBK
Infinite J Sumlin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Feb 04, 2022     Form ID: plncf13     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Infinite J Sumlin, 196 Bloomfield Avenue, Iselin, NJ 08830-2226 |
| 519444409 | + | BJ's, Comenity Bank, Bankruptcy Dept, P.O. Box 183043, Columbus, OH 43218-3043 |
| 519483742 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519444415 | + | US Department of Education, National Payment Center, P.O. Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519491400 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 04 2022 20:22:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 519444410 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2022 20:34:14 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 519480428 | + | Email/Text: RASEBN@raslg.com | Feb 04 2022 20:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519489382 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2022 20:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519444411 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2022 20:23:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519459703 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2022 20:23:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519444412 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 20:34:17 | Syncb/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 519480677 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 20:34:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519446852 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2022 20:34:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519444413 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 04 2022 20:23:00 | Toyota Financial Services*, Bankruptcy Dept, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 519483742 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 04 2022 20:23:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: plncf13 | Total Noticed: 17 |

519444414      + Email/Text: bankruptcy@bbandt.com
                                              Feb 04 2022 20:23:00    Truist Bank/GS, 1797 NE Expressway, Atlanta, GA 30329-7803

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2022                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Infinite J Sumlin sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4