Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-19014 / MBK

Infinite J Sumlin

Petition Filed Date: 11/22/2021
341 Hearing Date: 12/23/2021
Confirmation Date: 01/26/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2022 | $465.00 | 82394520 | 02/11/2022 | $7.50 | 82697160 | 02/28/2022 | $474.00 | 83035100 |
| 04/04/2022 | $474.00 | 83791360 | 05/02/2022 | $474.00 | 84354640 | 05/31/2022 | $474.00 | 84926580 |
| 06/29/2022 | $474.00 | 85546310 | 08/02/2022 | $474.00 | 86175890 | 08/29/2022 | $474.00 | 86714940 |
| 10/04/2022 | $474.00 | 87403030 | 10/31/2022 | $474.00 | 87932110 | 11/28/2022 | $474.00 | 88451860 |
| 01/04/2023 | $474.00 | 89112730 | 01/30/2023 | $474.00 | 89641410 | 02/27/2023 | $474.00 | 90179950 |

**Total Receipts for the Period: $6,634.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,564.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Infinite J Sumlin | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,430.00 | $3,430.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/196 BLOOMFIELD AVE/1ST MTG | Mortgage Arrears | $238.07 | $238.07 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,485.88 | $447.12 | $8,038.76 |
| 3 | SYNCHRONY BANK<br>»» HOME DESIGN-HVAC | Unsecured Creditors | $6,216.35 | $327.51 | $5,888.84 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $9,089.36 | $478.91 | $8,610.45 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,535.24 | $1,134.67 | $20,400.57 |
| 6 | TOYOTA LEASE TRUST<br>»» 2021 TOYOTA HIGHLANDER/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJ'S CONSUMER | Unsecured Creditors | $1,014.09 | $53.43 | $960.66 |
| 8 | GREENSKY, LLC. | Unsecured Creditors | $7,849.69 | $413.59 | $7,436.10 |

**Chapter 13 Case No. 21-19014 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,564.50 | Plan Balance: | $9,481.50 ** |
| Paid to Claims: | $6,523.30 | Current Monthly Payment: | $474.00 |
| Paid to Trustee: | $601.33 | Arrearages: | $1.50 |
| Funds on Hand: | $439.87 | Total Plan Base: | $17,046.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**