| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ABELSON & TRUESDALE<br>By: Steven J. Abelson, Esq. (ID # SA7987)<br>80 West Main St.<br>Freehold, NJ 07728<br>(732) 462-4773<br>Attorney for Debtor | Case No.: | 21-19014 |
| | Chapter: | 13 |
| In Re:<br><br>INFINITE J SUMLIN<br>Debtor | Adv. No.: | |
| | Hearing Date: | n/a |
| | Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, _____Susan Sobel_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Steven J. Abelson, Esq.___, who represents ___Debtor___ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____8/9/2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of the Amendment to Schedule E/F
   Notice of Chapter 13 Bankruptcy Case
   Last Modified Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/9/2023                                       /s/ Susan Sobel
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deegan Two Company, LLC<br>Attn: Legal Dept.<br>524 North Avenue<br>New Rochelle, NY 10801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Goldfarb<br>524 North Avenue<br>New Rochelle, NY 10801 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other NJ Lawyer's Service<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |