| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-19014 / MBK**

Infinite J Sumlin

Petition Filed Date: 11/22/2021
341 Hearing Date: 12/23/2021
Confirmation Date: 01/26/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $474.00 | 89112730 | 01/30/2023 | $474.00 | 89641410 | 02/27/2023 | $474.00 | 90179950 |
| 04/03/2023 | $474.00 | 90842280 | 05/01/2023 | $474.00 | 91374660 | 05/30/2023 | $474.00 | 91913860 |
| 07/03/2023 | $474.00 | 92508820 | 07/31/2023 | $474.00 | 92992980 | 08/30/2023 | $474.00 | 93472790 |
| 10/03/2023 | $474.00 | 94062850 | 10/30/2023 | $474.00 | 94529370 | 11/27/2023 | $474.00 | 94985640 |
| 01/02/2024 | $474.00 | 95566000 | | | | | | |

**Total Receipts for the Period: $6,162.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,304.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Infinite J Sumlin | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,430.00 | $3,430.00 | $0.00 |
| 1 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/196 BLOOMFIELD AVE/1ST MTG | Mortgage Arrears | $238.07 | $238.07 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,485.88 | $1,133.47 | $7,352.41 |
| 3 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» HOME DESIGN-HVAC | Unsecured Creditors | $6,216.35 | $830.33 | $5,386.02 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $9,089.36 | $1,214.07 | $7,875.29 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,535.24 | $2,876.49 | $18,658.75 |
| 6 | TOYOTA LEASE TRUST<br>»» 2021 TOYOTA HIGHLANDER/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJ'S CONSUMER | Unsecured Creditors | $1,014.09 | $135.45 | $878.64 |
| 8 | GREENSKY, LLC. | Unsecured Creditors | $7,849.69 | $1,048.49 | $6,801.20 |

**Chapter 13 Case No. 21-19014 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,304.50 | Plan Balance: | $4,741.50 ** |
| Paid to Claims: | $10,906.37 | Current Monthly Payment: | $474.00 |
| Paid to Trustee: | $963.47 | Arrearages: | $1.50 |
| Funds on Hand: | $434.66 | Total Plan Base: | $17,046.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.